UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14-CR-0308 (PJS/SER) |
| Plaintiff, | |
| v. | ORDER |
| (1) KEVIN MAX ARBALLO, and<br>(2) IVAN ARBALLO, | |
| Defendants. | |

    James S. Alexander and Thomas Calhoun-Lopez, UNITED STATES ATTORNEY'S OFFICE, for plaintiff.

    Philip G. Leavenworth, LEAVENWORTH LAW OFFICE, for defendant Kevin Max Arballo.

    Michael W. McDonald, for defendant Ivan Arballo.

    This matter is before the Court on defendants' joint objections to the February 6, 2015 Report and Recommendation ("R&R") of Magistrate Judge Steven E. Rau. Judge Rau recommends denying defendants' motions to suppress evidence. The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b). Based on that review, the Court adopts the R&R.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, the Court OVERRULES defendants' joint objections [ECF No. 89] and ADOPTS the February 6, 2015 R&R [ECF No. 85].  IT IS HEREBY ORDERED THAT:

1. Defendant Kevin Max Arballo's motions to suppress evidence [ECF Nos. 55, 67] are DENIED.

2. Defendant Ivan Arballo's motion to suppress evidence [ECF No. 44] is DENIED.


Dated:  March 6, 2015                                    s/Patrick J. Schiltz
                                                         Patrick J. Schiltz
                                                         United States District Judge